UNITED STATES DISTRICT COURT

Northern District of California

MARSHALL LOSKOT,                         No. C 12-4165 MEJ

          Plaintiff,                       **STATUS ORDER**

   v.

ROYAL CAFE, et al.,

          Defendants.

_____/

     Given the lack of docket activity in this case since it was filed on August 8, 2012, the Court ORDERS Plaintiff Marshall Loskot to file a status report by June 20, 2013.

     **IT IS SO ORDERED.**

Dated: June 6, 2013

_____
Maria-Elena James
United States Magistrate Judge