1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorney for Plaintiff
   MARSHALL LOSKOT,
6

7

8                    UNITED STATES DISTRICT COURT

9                      DISTRICT OF CALIFORNIA

10 MARSHALL LOSKOT,                )    CASE NO. CV-12-4165-MEJ
                                   )
11         Plaintiffs,              )
                                   )    STIPULATION OF DISMISSAL AND
12                                 )    [PROPOSED] ORDER THEREON
   v.                              )
13                                 )
                                   )
14 ROYAL CAFE; EUGENE O. WONG and  )
   ARLENE L. WONG, CO-TRUSTEES of  )
15 EUGENE O. WONG and ARLENE L.    )
   WONG REVOCABLE LIVING TRUST;    )
16                                 )
   MAJID K. MAHANI and NAHID F.    )
17 MAHANI, CO-TRUSTEES of MAJID K. )
   MAHANI and NAHID F. MAHANI      )
18 TRUST; ANTHONY C. CHAN and LILY )
   Y. CHAN, as TRUSTEES of the CHAN)
19 FAMILY TRUST; and MAJID K.      )
20 MAHANI, an individual dba ROYAL )
   CAFÉ                            )
21                                 )
                                   )
22         Defendants.              )
                                   )
23                                 )

24

25      The parties, by and through their respective counsel, stipulate to dismissal of this action in
26 its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the
27 Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own
28 costs and attorneys' fees.

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CASE NO. CV-12-4165-MEJ

1  The parties further consent to and request that the Court retain jurisdiction over enforcement of
2  the Agreement. See <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the
3  district courts to retain jurisdiction over enforcement of settlement agreements).
4      Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
5  their designated counsel that the above-captioned action become and hereby is dismissed with
6  prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).
7      This stipulation may be executed in counterparts, all of which together shall constitute one
8  original document.

10  Dated: June 6, 2013

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By:  */S/ Thomas E. Frankovich*
      Thomas E. Frankovich
Attorney for **MARSHALL LOSKOT**

15  Dated: June 13, 2013

TERRY CARLSON,
ATTORNEY AT LAW

By: /s/ Terry Carlson
    Terry Carlson
Attorney for Defendants ROYAL CAFE; EUGENE O. WONG and ARLENE L. WONG, CO-TRUSTEES of EUGENE O. WONG and ARLENE L. WONG REVOCABLE LIVING TRUST; MAJID K. MAHANI and NAHID F. MAHANI, CO-TRUSTEES of MAJID K. MAHANI and NAHID F. MAHANI TRUST; ANTHONY C. CHAN and LILY Y. CHAN, as TRUSTEES of the CHAN FAMILY TRUST; and MAJID K. MAHANI, an individual dba ROYAL CAFE

25  ///
26  ///
27  ///
28  ///

///

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: __June 17__, 2013

_____
Honorable Magistrate Maria-Elena James
UNITED STATE DISTRICT JUDGE